ROBERT L. FORKNER (CSB# 166097)
JULISSA ECHEVARRIA (CSB# 309107)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544-0200
Facsimile: (209) 544-1860

Attorneys for Defendant
MARCOS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARCOS HERNANDEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:17-CR-00135-LJO-SKO<br><br>STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA RE: INDICTMENT AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 8, 2017<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

1. By previous order, this matter was set for Arraignment and Plea re: Indictment on June 8, 2017.

2. By this stipulation, the parties move to continue the Arraignment and Plea re: Indictment June 7, 2017, and to exclude time until June 7, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The defense counsel is unable to appear on currently set date of June 8, 2017 due to a conflict in defense's schedule. Co-counsel is available appear on June 7th in stead of June 8, 2017.

　　b) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　c) Based on the above-stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period up to June 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 5, 2017                                PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          /s/ *Kimberly A. Sanchez*
                                                          KIMBERLY A. SANCHEZ
                                                          Assistant United States Attorney

Dated: June 5, 2017                                /s/ *Julissa Echevarria*
                                                          JULISSA ECHEVARRIA
                                                          Counsel for Defendant
                                                          Marcos Hernandez

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv). It is further ordered June 8, 2017 Arraignment shall be vacated and set for June 7, 2017, at 2:00 p.m. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **June 5, 2017**

UNITED STATES MAGISTRATE JUDGE