IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00135-LJO |
|---|---|
| Plaintiff, | ORDER SETTING HEARING AND STAYING RELEASE ORDER |
| v. | |
| MARCOS HERNANDEZ, | |
| Defendant. | |

The United States having applied to this Court for revocation and appeal of the Magistrate's release Order, and asking for a hearing on the matter as well as a stay of the Magistrate's Order until the conclusion of the hearing and this Court's Order, and good cause appearing thereof,

IT IS ORDERED, that a hearing on the matter is set for Wednesday, August 30, 2017 at 9:30 a.m.. It is further Ordered that the Order entered on August 14, 2017 is stayed pending the outcome of the hearing and this Court's Order.

IT IS SO ORDERED.

Dated: **August 16, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] ORDER SETTING HEARING AND STAYING RELEASE ORDER

1