PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCOS HERNANDEZ, <br><br> Defendant. | NO. 1:17-CR-00135-LJO-SKO <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 20, 2017 <br> Time: 1:00 p.m. <br> Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the preliminary hearing in the above-captioned matter now set for August 21, 2017, may be vacated and continued to November 20, 2017, for the reasons stated in the sealed supplement to this stipulation. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: August 17, 2017 |   | By: | /s/ *Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| DATED: August 17, 2017 |   | By: | /s/ *Robert Forkner*<br>ROBERT FORKNER<br>Attorney for Defendant<br>MARCOS HERNANDEZ |

## **O R D E R**

The Court has reviewed the parties' sealed application. As this is a multi-defendant case and the remaining defendants have not stipulated to a continuance of the status conference, the request is DENIED.

IT IS SO ORDERED.

Dated: **August 18, 2017**            /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE