ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant,
MARCOS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCOS HERNANDEZ,<br><br>        Defendant. | CR. No. 1:17-CR-00135-LJO-SKO<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF MOTION FOR MODIFICATION OF PRETRIAL RELEASE |

    Defendant, MARCOS HERNANDEZ, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate and request the following:

    1.   That the Court continue the motion for modification of pretrial release hearing in the above-captioned case from December 21, 2018, to January 24, 2019, at 2:00 p.m.

STIPULATION AND ORDER

- 1 -

2. A continuance is requested in order to allow counsel time to request transcripts and give the Honorable Magistrate, Sheila K. Oberto sufficient time to review transcripts from previous Bail Review and Revocation hearing.

IT IS SO STIPULATED.

Dated:  December 21, 2018                /s/ Robert L. Forkner
                                         ROBERT L. FORKNER
                                         Attorney for Defendant
                                         RAUL PADILLA-ACOSTA

Dated: December 21, 2018                 McGREGOR W. SCOTT
                                         United States Attorney


                                         by: /s/ Kimberly A. Sanchez
                                         KIMBERLY SANCHEZ
                                         Assistant U.S. Attorney

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
MARCOS HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:17-CR-00135-LJO-SKO |
|---|---|
| Plaintiff, | ) ORDER TO CONTINUE MOTION FOR MODIFICATION OF PRETRIAL RELEASE |
| v. | |
| MARCOS HERNANDEZ, | |
| Defendant. | |

The Court hereby continues the motion for modification of pretrial release hearing in the above-captioned case from December 21, 2018, to January 24, 2019, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **December 21, 2018**         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

- 4 -